## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

SUNTRUST BANK,

                Plaintiff,

-vs-                                            Case No. 2:11-cv-145-FtM-36SPC

REX A. NANTZ, also known as REX ALLEN
NANTZ, also known as REX NANTZ,

                Defendant.
_____

## ORDER

This matter comes before the Court on the Plaintiff, Suntrust Bank's Motion for Entry of a Clerk's Default against the Defendant Rex A. Nantz (Doc. #9) filed on June 9, 2011. Under Fed. R. Civ. P. 55(a), default is justified "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise appear by affidavit or otherwise, the clerk shall enter the party's default."

As grounds, the Plaintiff states the Defendant, Rex A. Nantz, was served with a summons and Complaint on March 8, 2011. The Defendant Nantz has failed to file a responsive pleading or Rule 12(b) motion within twenty-one (21) days as required by Fed. R. Civ. P. 12.

A review of the return of service shows that the summons properly served on an individual of the proper age at the Defendant's residence. Thus, good cause exists to grant the Clerk's Default.

Accordingly, it is now

**ORDERED:**

The Plaintiff, Suntrust Bank's Motion for Entry of a Clerk's Default against the Defendant Rex A. Nantz (Doc. #9) is **GRANTED**. The Clerk of the Court is hereby directed to enter a Clerk's Default against the Defendant Rex A. Nantz.

**DONE AND ORDERED** at Fort Myers, Florida, this  13th  day of June, 2011.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record